

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00308-CR

Deandre Lamonte **COLEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 565224
Honorable Rosie S. Gonzalez, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the judgment is **AFFIRMED**.

SIGNED July 2, 2025.

_____
Velia J. Meza, Justice